# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

LORIN BONGIOVANNI,

    Plaintiff,

v.

COUNTY OF LOS ANGELES, et al.,

    Defendant.

Case No. CV 15-700 RT (MRW)

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

    The Court vacates the reference of this action to the Magistrate Judge and grants the parties' stipulation for voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41.

* * *

    This is a pro se civil rights action. Plaintiff, a former inmate at the Men's Central Jail in Los Angeles, filed this action alleging misconduct by staff at the institution. Magistrate Judge Wilner screened the complaint and ordered it served on the defense. (Docket # 6, 7.)

After the County answered the complaint, Judge Wilner conducted a case management conference in April 2015 to discuss the status of the action. (Docket # 16.) Plaintiff informed the Court that he was attempting to locate a lawyer to represent him in the action.

The Court scheduled a second case management conference for May 2015. At that continued hearing, Plaintiff stated that he had not been successful in hiring a lawyer. He also indicated that he wished to voluntarily dismiss the action (although he was unable to locate the correct court form to do so). Plaintiff and the lawyer representing the defense verbally stipulated in open court before Judge Wilner to the voluntary dismissal of the action without prejudice.

Therefore, pursuant to Federal Rule of Civil Procedure 41, this action is hereby DISMISSED without prejudice.

IT IS SO ORDERED.

Dated: June 23, 2015

ROBERT J. TIMLIN
HON. ROBERT J. TIMLIN
SENIOR UNITED STATES DISTRICT JUDGE